UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYSON N. WATSON,

        Plaintiff,

v.                              Case No. 3:10-cv-1024-J-99TJC-JBT

MART T. CURTIS, et al.,

        Defendants.

_____

## ORDER APPOINTING COUNSEL

    This case has been settled as a result of the settlement conference conducted on May 4, 2011, in Case No. 3:08-cv-898-J-32MCR. Pursuant to the Jacksonville Division Civil *Pro Bono* Appointment Program, the Court has determined that the appointment of Michael A. Abel, Esquire; Suzanne M. Judas, Esquire; and Frederick J. Lotterhos, III, Esquire, of Holland & Knight, LLP, for Plaintiff is appropriate for the limited purpose of filing appropriate settlement papers to close out this case.

    Pursuant to the cost reimbursement program, the appointed attorneys are permitted to be reimbursed for certain costs incurred during the representation. A form explaining the allowable costs and the procedure for obtaining reimbursement is available on the

Court's website www.flmd.uscourts.gov.  The Court appreciates the service of appointed counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of May, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

sa 5/4
c:
Tyson N. Watson
Ass't A.G. (McDonough)
Asst' A.G. (Maher)
Michael A. Abel, Esquire
Suzanne M. Judas, Esquire
Frederick J. Lotterhos, III, Esquire