UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TYSON N. WATSON,

                Plaintiff,

v.

                              Case No. 3:10-CV-1024-J-99TJC-JBT

MARK T. CURTIS, et al.,

                Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate that the above-captioned matter has been settled, and that Defendants shall be dismissed from the lawsuit with prejudice, with each party to bear their own respective costs and attorneys' fees.

Date: June 8, 2011

| **HOLLAND & KNIGHT LLP** | **OFFICE OF THE ATTORNEY GENERAL** |
|---|---|
| /s/ Frederick J. Lotterhos, III<br>Frederick J. Lotterhos, III, FBN: 284610<br>E-mail: fred.lotterhos@hklaw.com<br>Suzanne M. Judas, FBN: 0862037<br>E-mail: suzanne.judas@hklaw.com<br>Michael A. Abel, FBN: 075078<br>E-mail: michael.abel@hklaw.com<br>50 North Laura Street, Suite 3900<br>Jacksonville, Florida 32202<br>(904) 353-2000<br>(904) 358-1872 (fax)<br>*Attorneys for Plaintiff* | /s/Anne F. McDonough<br>Anne F. McDonough, FBN: 084471<br>Office of the Attorney General<br>Legal Affairs<br>The Capitol, Suite PL-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 488-4872 (fax)<br>anne.mcdonough@myfloridalegal.com<br><br>/s/Susan A. Maher<br>Susan A. Maher, FBN: 438359<br>Chief Assistant Attorney General<br>Corrections Litigation<br>Office of Attorney General<br>The Capitol - PL01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3643<br>(850) 488-4872 (fax)<br>susan.maher@myfloridalegal.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

    Anne F. McDonough, FBN: 84471
    Office of the Attorney General
    Legal Affairs
    The Capitol, Suite PL-01
    Tallahassee, Florida 32399-1050
    anne.mcdonough@myfloridalegal.com

    Susan A. Maher
    Office of the Attorney General
    Corrections Litigation
    Office of Attorney General
    The Capitol - PL01
    Tallahassee, Florida 32399-1050
    susan.maher@myfloridalegal.com

                                        /s/ Frederick J. Lotterhos, III
                                        Attorney

094000.04694
#10390255_v1